UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMERICAN ANGLIAN ENVIRONMENTAL TECHNOLOGIES, L.P., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:01CV1951 FRB ) |
| ENVIRONMENTAL MANAGEMENT CORPORATION, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

For the reasons stated on the record at the hearing held before the undersigned on May 1, 2006,

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel Deposition (Docket No. 39) is granted. Counsel for the parties shall meet and confer and shall schedule any remaining depositions on dates and at times mutually agreeable to the parties. To the extent Defendant requests attorney's fees in the instant motion, such request is denied.

**IT IS FURTHER ORDERED** that this cause remains set for trial on June 5, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this  _3rd_  day of May, 2006.